IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. SOTO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN OF SALINAS VALLEY STATE PRISON, et al.,<br><br>　　　　　　　Defendants. | Case No. C 15-02024 BLF (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |

Defendants Bittner, Hernandez, Peffley, and Stevenson (Defendants) move this Court for an extension of the deadline to file a reply to Plaintiff's opposition to Defendants' summary-judgment motion, up to and including December 18, 2016. After full consideration, and good cause appearing, IT IS ORDERED that the motion is granted. Defendants shall file a reply brief no later than December 18, 2016.

Dated: Dec 3, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

[Proposed] Order Granting Defs.' Mot. Change Time (C 15-02024 BLF (PR))